AO 91 (Rev. 11/11)  Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
June 07, 2024
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:24-mj-248 |
| Jackie Deshun BERGERON, Jr. | ) | |
| YOB: 1995 | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 6 through 7, 2023  in the county of  Harris  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 371 | Conspiracy to commit a offense against the U.S., that is, bank robbery. |
| Title 18 U.S.C. § 1952(a) | Interstate travel with intent to commit a crime of violence, that is, bank robbery, to further an unlawful activity. |

This criminal complaint is based on these facts:

(See Affidavit)

☒ Continued on the attached sheet.

_____
Complainant's signature
Joseph Stevens, FBI Special Agent
Printed name and title

Submitted by electronic means, sworn to,
signature attested telephonically
per Fed. R. Crim. P. 4.1 and probable cause found:

Date: June 07, 2024

_____
Judge's signature
Richard W. Bennett, U.S. Magistrate Judge
Printed name and title

City and state: Houston, Texas

4:24-mj-248

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST JACKIE DESHUN BERGERON, JR. (ATTACHMENT "A")

I, Joseph Stevens, being duly sworn, deposes and states the following:

1.  I make this affidavit in support of a criminal complaint and arrest warrant for Jackie Deshun BERGERON ("BERGERON"). As set forth herein, there is probable cause to believe that BERGERON engaged in conduct in violation of Title 18, United States Code, §§ 371 (conspiracy to commit an offense against the United States) and 1952(a)(2) (interstate travel in aid of racketeering enterprise).

2.  I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been since January 2020. I have been assigned investigative responsibility in the areas of violent crimes in the Houston Division of the FBI. Prior to that, I investigated financial crimes and public corruption in the Columbia Division of the FBI. Through the FBI, I have received extensive training related to the investigation of federal crimes to include violent crimes. I have also received formal education and training in the concepts of probable cause, reasonableness for searches and seizures, and participated in numerous aspects of firearm and drug investigations.

3.  The facts contained in this affidavit are based upon information provided to me by other law enforcement officers and individuals. Since this affidavit is made for the limited purpose of supporting probable cause for a criminal

complaint, I have not set forth every fact learned during the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

### FBI Investigations of ATM Robberies

4. Since 2023, various FBI offices in numerous states have been investigating a group of individuals residing in the Houston, Texas area involved in ATM robberies. The group, including BERGERON, travel from Houston, Texas to other states where they commit the robberies in similar fashion - they jam the ATM machines so that it malfunctions, they wait for the ATM technician to arrive to perform maintenance and when the ATM technician opens the machine, they assault the ATM technician and steal the money.

### September 7, 2023 ATM Robbery
### Ankeny, Iowa

5. On September 7, 2023, at approximately 8:01 p.m., Ankeny, Iowa Police Department was dispatched to a robbery at a Wells Fargo Bank located at 901 E. 1st Street. The dispatcher reported that the victim said that a black male, wearing all black, assaulted him while he attempted to close an ATM machine and that the black male took all the money out of the ATM. The deposits of the Wells Fargo ATM were then insured by the Federal Deposit Insurance Corporation.

6. Ankeny, Iowa Police Officer Richard Stamy ("Officer Stamy") responded to the call and spoke to the victim, J. J., who was in front of the ATM on the east side of the Wells Fargo Bank.

7. J. J. told Officer Stamy that he worked as an ATM technician for NCR Corporation and was performing maintenance on the ATM. At approximately 6:22 p.m., J. J. received notification of a malfunction of the ATM and arrived at approximately 7:50 p.m. He began performing the maintenance and as he opened the ATM, he smelled an odor of spearmint and saw that gun had been lodged inside of the "In-Feed". Shortly thereafter, a blue or gray sedan entered the drive-thru lane next to the ATM and a male exited the rear passenger side door and began assaulting him. J. J. tried to close the ATM but was unsuccessful due to the male punching him.

8. The male took four (4) cassettes containing cash, got back into the blue or gray sedan and the blue or grey sedan left.

9. Ankeny, Iowa Police Detective Brock Muhlbauer ("Detective Muhlbauer") obtained the ATM surveillance video to review.

10. A review of the video showed two (2) suspect vehicles – a white Toyota RAV-4 ("RAV-4") with unknown license plates and a 2023 Kia K5 with Texas license plate SZV6023 ("Kia K5").

11. The video showed that at approximately 4:43 p.m., a black male in the RAV-4 drives up to the ATM. The driver wearing a white hooded sweatshirt,

sunglasses and a surgical mask uses a credit/debit card to take out $20 from the ATM and drives away. At approx. 4:46, the same black male returns and takes out another $20 from the ATM using a credit card/debit card but this time the black male appears to retrieve something from the ATM but has his left hand clinched.

12. After taking money out of the ATM, the black male in the RAV-4 drives to a Kentucky Fried Chicken parking lot located directly to the east of the ATM.

13. The video shows J. J. arriving at the ATM at approximately 7:53 p.m. in a white cargo van.

14. At approximately 7:58 p.m., while J. J. is working on the ATM, the grey Kia K5 is seen pulling into the drive-thru lane.

15. The video shows a male, dressed in black, exiting the rear passenger side door of the Kia K5. The male approaches J. J. and begins to punch him, grabs J. J. and throws him into the roadway. J. J. gets back on his feet and waits while the male takes the cassettes containing the cash from the ATM.

16. The video shows the male getting back into the Kia K5 and driving away. As the Kia K5 drives away, it is seen following the RAV-4.

### Identification of Driver of White Toyota RAV-4

17. Wells Fargo Bank records revealed that the black male driving the RAV-4 used Bank of America credit/debit card xxxx xxxx xxxx 2683 ("2683") to withdraw the money from the ATM.

18. Bank of America provided Detective Muhlbauer records regarding credit/debit card 2683. The records show that the credit/debit card is in the name of Jackie D. BERGERON, Jr., D.O.B. 02/05/1995, 11503 Cecil Summers Way, Houston, Texas.

19. The Bank of America transactions records showed the following transactions for credit/debit card 2683:

   a. On 09/01/2023 two (2) transactions at a Target Store in Spring, Texas.

   b. On 09/08/2023 one (1) transaction of $112.00 at the AmericInn in Ottumwa, Iowa.[1]

   a. On 09/08/2023 one (1) deposit of $6,750.00 into an ATM in St. Louis, Missouri.

20. Ottunwa, Iowa Police Detective Staton ("Detective Staton") obtained a receipt in BERGERSON's name from the AmericInn showing that BERGERON stayed overnight between 09/06/2023 and 09/07/2023. Furthermore, the AmericInn documents included a vehicle information receipt that stated "White Wis" written on the license plate line and "Toyat" on the make line.

---

[1] Ottumwa, Iowa is approximately 92 miles southeast of Ankeny, Iowa.

21. Detective Muhlbauer obtained receipts and video from the Target Store in Spring, Texas. The video shows BERGERON at the Target Store on August 31, 2023.

### 2023 Kia K5

22. On September 8, 2023, Intel Analyst ("IA") Jon Burkhart ("IA Burkhart") assisted with the search of traffic LPR cameras for any hits on the Kia K5 with Texas license plate SZV6023.[2] The search discovered the following "hits":

   a. On 08/27/2023, 08/30/2023, 08/31/2023, 09/02/2023, 09/05/2023 and 09/06/2023 the Kia K5 hit cameras in Houston, Texas.

   b. On 09/06/2023 the Kia K5 hit a camera in Hendricks County, Indiana.

   c. On 09/07/2023 the Kia K5 hit a camera in Ankeny, Iowa.

### BERGERON Interstate Travel

23. Uber records pertaining to credit/debit card 2683 revealed that it was used on September 6, 2023 and September 10, 2023 by "Omar Day'Shun" (believed to be a nickname for BERGERON) for trips to and from a Houston Airport.

24. Southwest Airlines records pertaining to credit/debit card 2683 revealed that on September 6, 2023, BERGERON flew from Houston, Texas to Dallas, Texas and that on the same day flew from Dallas, Texas to St. Louis, Missouri.

---

[2] Kia K5 register owner was Avis Rent-a-Car.

25. United Airlines records pertaining to credit/debit card 2683 revealed that on September 9, 2023, BERGERON flew from St. Louis, Missouri to Houston, Texas.

## Laundering of Proceeds

26. After the ATM robbery, Bank of America records reveal that on September 8, 2023 a deposit of $6,750.00 was made into BERGERON's account via an ATM in St. Louis, Missouri.

27. Zelle records pertaining to Bank of America credit/debit card 2683 reveal that on September 8, 2023, BERGERON sent Jeremy SPILLER ("SPILLER") $2,350.00.

## Arrest of BERGERON

28. On November 29, 2023, BERGERON was arrested by Eau Claire, Wisconsin Police Department on warrants issued by Ankeny, Iowa Police Department and charged with possession of burglar tools.

## Interview of Cooperating Defendant

29. On December 20, 2023, an FBI Special Agent interviewed a cooperating defendant ("CD").[3] During the interview, the CD told the FBI Special Agent the following:

---

[3] The CD is charge with bank robbery in violation of 18, United States Code, § 2113(a).

a. that he was involved with BERGERON and others in committing ATM robberies.

b. that BERGERON was his partner in most, if not all, of the ATM robberies.

c. that they committed "way over fifteen (15)" ATM robberies in Colorado, Washington, Idaho, Wyoming, Kansas, Illinois, South Carolina, North Carolina, Ohio, Pennsylvania, Nebraska, South Dakota, Oklahoma and Oregon.

d. that the money stolen from the ATMs was split equally between the participants.

e. that BERGERON would rent the vehicles used in the ATM robberies since he did not have a driver's license.

f. that before the ATM robbery, they would cause the ATM to malfunction by initiating a withdrawal to open the hatch and then jamming the ATM with a crowbar, candy, chocolate and/or sour patch kids, etc.

g. that he deposited some of the stolen money into bank accounts.

h. that they never flew on airlines with the stolen money due to the likelihood of being searched at the airport.

i. that they moved the stolen money through a shipping company such as United States Postal Service (USPS) or FedEx.

j. that on September 28, 2023, he and BERGERON committed an ATM robbery in Portland, Oregon.

k. that he, BERGERON and others flew from Houston, Texas to Salt Lake City, Utah and that on October 14, 2023, they committed an ATM robbery in Jackson, Wyoming.

l. that on November 10, 2023 he, BERGERON and others committed an ATM robbery in Springfield, Illinois.

30.     Based on the preceding facts, I believe that BERGERON engaged in conduct that violated Title 18, United States Code, § 371 in that he conspired with others to commit an offense against the United States, that being, bank robbery in violation of Title 18, United States Code, § 2113(a).

31.     Based on the preceding facts, I believe that BERGERON engaged in conduct that violated Title 18, United States Code, § 1952(a)(2) in that he traveled from Texas to Iowa with the intent to commit a crime of violence[4], that is, bank robbery in violation of Title 18, United States Code, § 2113(a).

_____
Joseph Stevens
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to telephonically on June 7, 2024 and I find probable cause.

_____
Richard W. Bennett
UNITED STATES MAGISTRATE JUDGE

---

[4] Crime of violence as defined in Title 18, United States Code, § 16 ("an offense that has as an element the use, attempted use, or threatened use of physical force against the person or property of another").

9