United States Courts
Southern District of Texas
FILED
*June 27, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. **4:24-cr-00347** |
| § | |
| JACKIE DESHUN BERGERON, JR. § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
(Conspiracy to Commit an Offense Against the United States)

Beginning on or about September 5, 2023 and continuing thereafter to on or about the September 8, 2023, in the Southern District of Texas and elsewhere, within the jurisdiction of the Court, defendant

**JACKIE DESHUN BERGERON, JR.**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, bank robbery in violation of Title 18, United States Code, § 2113(a).

### MANNER AND MEANS OF THE CONSPIRACY

It was a part of the conspiracy that:

1. The defendant would rent motor vehicles in Texas to travel to other States.

2. The defendant purchased airline tickets to travel from Texas to other States.

3. The defendant rented motor vehicles at airports located outside of Texas to use to travel within and outside that particular State.

4. The defendant used the motor vehicles to travel to ATM machines.

5. The defendant caused ATM machines to malfunction.

5. The defendant conducted surveillance of the ATM machines that needed maintenance.

6. The defendant notified unindicted conspirators when the ATM technician was conducting maintenance of the ATM machine.

7. Unindicted conspirators assaulted the ATM technician and took the money from the ATM machine.

## OVERT ACTS

8. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following acts, among others, were committed in the Southern District of Texas and elsewhere:

   a. On or about September 5, 2023, an unindicted conspirator rented a Kia K5 motor vehicle in Houston, Texas.

   b. On or about September 5, 2023, unindicted conspirators traveled in the Kia K5 motor vehicle from Houston, Texas to Ankeny, Iowa.

   c. On or about September 6, 2023, the defendant purchased an airline ticket from Houston, Texas to St. Louis, Missouri.

   d. On or about September 6, 2023, the defendant took an Uber to George Bush Intercontinental Airport in Houston, Texas.

   e. On or about September 6, 2023, the defendant traveled from St. Louis, Missouri to Ottumwa, Iowa.

  f. On or about September 6, 2023, the defendant rented a room at the AmericInn located in Ottumwa, Iowa.

  g. On or about September 7, 2023, the defendant traveled from Ottumwa, Iowa to Ankeny, Iowa.

  h. On or about September 7, 2023, the defendant traveled to the Wells Fargo Bank in Ankeny, Iowa.

  i. On or about September 7, 2023, the defendant used the ATM machine at the Wells Fargo Bank in Ankeny, Iowa.

  j. On or about September 7, 2023, the defendant caused the ATM machine to malfunction.

  k. On or about September 7, 2023, unindicted conspirators assaulted J.P.J., an ATM technician.

  l. On or about September 7, 2023, unindicted conspirators stole approximately $21,000 from the ATM machine.

  m. On or about September 8, 2023, the defendant deposited $6,750 in an ATM in St. Louis, Missouri.

In violation of Title 18, United States Code, § 371.

## Count Two

(Interstate Travel to Commit a Crime of Violence)

From on or about September 7, 2023 and continuing thereafter to on or about the September 10, 2023, in the Southern District of Texas and elsewhere, within the jurisdiction of the Court, defendant

## JACKIE DESHUN BERGERON, JR.

did knowingly and intentionally travel in interstate commerce from the State of Texas to the State of Iowa and used a facility in interstate commerce, namely a motor vehicle and cellular telephone, with the intent to commit a crime of violence, that is, bank robbery in violation of Title 18, United States Code, § 2113(a), to further an unlawful activity, that is, the laundering of monetary instrument in violation of Title 18, United States Code, § 1956, and thereafter performed and attempted to perform a crime of violence to further such unlawful activity.

In violation of Title 18, United States Code, §§ 1952(a)(2)(B) and 2.

A TRUE BILL

Original Signature on File
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

*Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney